STATE v. JOHN BACHMEYER.[1]

May 14, 1926.

No. 25,347.

Conviction sustained.

Uncontradicted testimony of purchaser is sufficient to support conviction of selling intoxicating liquor.

Criminal Law, 16 C. J. p. 684 n. 87.
Intoxicating Liquors, 33 C. J. p. 764 n. 1.

Defendant appealed from a judgment and sentence of the municipal court of Minneapolis, Charles L. Smith, J., convicting him of violation of an ordinance prohibiting the sale of intoxicating liquor. Affirmed.

*Meshbesher & Anderson,* for appellant.

*Neil M. Cronin,* City Attorney, and *Arthur P. Jensen,* Assistant City Attorney, for respondent.

[1]Reported in 208 N. W. 995.

PER CURIAM.

Appeal from judgment of conviction of selling intoxicating liquor. The one assignment of error questions the sufficiency of the evidence and is without merit. The only witness was the purchaser. He was not an accomplice. State v. Brand, 124 Minn. 408, 145 N. W. 39; State v. Tremont, 160 Minn. 314, 315, 200 N. W. 93; 16 C. J. 683. The weight of his testimony was for the trier of fact.

Judgment affirmed.